CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER (702) 583-2913 | Case No. 2:21-mj-00151-EJY<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States of America, by and through its attorneys, CHRISTOPHER CHIOU, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant case.

**DATED**: August 24, 2021.

Respectfully,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER (702) 583-2913 | Case No. 2:21-mj-00151-EJY<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case is unsealed.

**DATED** this 25th day of August, 2021.

_____
HON. ELAYNA J. YOUCHAH
United States Magistrate Judge